1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Defendants

7
              IN THE UNITED STATES DISTRICT COURT
8
                 EASTERN DISTRICT OF CALIFORNIA
9

10 AJMAL IBRAHIMI,                    CASE NO. 2:23-CV-01957-DJC-AC

11              Plaintiff,            STIPULATION AND ORDER FOR REMAND
                                      PURSUANT TO 8 U.S.C. § 1447(b)
12         v.

13 UR MENDOZA JADDOU, ET AL.,

14              Defendants.

15

16

17     This is an immigration case in which Plaintiff alleges that Defendants have failed to make a

18 determination on his application for naturalization within 120 days as required by statute. 8 U.S.C. §

19 1447(b). The parties stipulate to a remand to U.S. Citizenship and Immigration Services with

20 instructions to adjudicate the matter within 30 days of the order of remand.

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28
                                         1

Respectfully submitted,

Dated: September 22, 2023   PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ CHIEN-YU MICHAEL WANG
CHIEN-YU MICHAEL WANG
Counsel for Plaintiff

ORDER

Pursuant to 8 U.S.C. § 1447(b), U.S. Citizenship and Immigration Services is ordered to adjudicate the naturalization application within 30 days.

Dated: September 25, 2023   /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE